

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00225-CV

**IN THE INTEREST OF M.A.**, et al., Children

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-01618
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of this appeal are taxed against Appellant Judith Reyes.

SIGNED July 2, 2014.

_____
Patricia O. Alvarez, Justice